**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BRITTANY DETTOR, et al.**                                                            **PLAINTIFFS**

**v.**                                                           **CIVIL ACTION NO. 3:25-CV-10-DMB-RP**

**GREASE MONKEY INTERNATIONAL, LLC**                                **DEFENDANT**

## ORDER TO SHOW CAUSE

On December 4, 2025, the court allowed the plaintiffs' attorneys of record to withdraw as counsel for the plaintiffs, and the court allowed the plaintiffs until January 5, 2025 to retain other counsel, to notify the court of their intention to proceed *pro se*, or to notify the court that they do does not intend to prosecute this case further. ECF 58. The court warned the plaintiffs that "failure to comply with Orders of this court may result in sanctions, <u>up to and including dismissal of the case</u>, as failure to comply with this Order or other Orders may lead to a presumption that they have chosen not to proceed with this case." *Id*. (emphasis in original). As of this date, no attorney has entered an appearance for the plaintiffs, and the plaintiffs have not notified the court whether they intend to proceed *pro se* or whether they do not intend to prosecute this case further.

Therefore, the plaintiffs are hereby ORDERED to show cause, <u>no later than January 20, 2026</u>, as to why their complaint should not be dismissed for failure to comply with the court's Order or otherwise prosecute this action. If the plaintiffs fail to respond and show cause as required by this order, this matter will be dismissed by the court.

Further, the proceedings in this matter and all scheduling deadlines previously set by the court, are hereby STAYED pending resolution of this Show Cause Order. The stay will be lifted and the scheduling deadlines will be reset if and when it is determined that this case will proceed.

Accordingly, the defendant's Second Motion to Extend Defendant's Discovery Deadline [ECF 59] is terminated as MOOT.

 **SO ORDERED**, this the 6th day of January 2026.

           /s/ Roy Percy
           UNITED STATES MAGISTRATE JUDGE