# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**BRITTANY DETTOR;**                                                                        **PLAINTIFFS**
**JONATHAN DETTOR; and**
**JOHNNY DETTOR**

**V.**                                                                        **NO. 3:25-CV-10-DMB-RP**

**GREASE MONKEY**
**INTERNATIONAL, LLC**                                                                        **DEFENDANT**


## ORDER

On February 23, 2026, United States Magistrate Judge Roy Percy issued a report ("R&R") recommending that this case be dismissed without prejudice. Doc. #62. The R&R warned that ""a party's failure to file written objections to the proposed findings, conclusions and recommendation in a magistrate judge's report and recommendation within [14] days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.* at PageID 288 (quoting *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996). No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly

erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes the R&R is neither clearly erroneous nor contrary to law, the R&R [62] is **ADOPTED** as the order of this Court. This case is **DISMISSED without prejudice**.

**SO ORDERED**, this 17th day of March, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**

2